Kirk Lee LONEY, Plaintiff–Appellant,

v.

Mark SIMS, Officer, Richmond Police Department, sued in both official and individual capacity; UNKNOWN # 1, Officers, Fed. State and City; George, Trooper, Virginia State Police, sued in individual capacity, Defendants–Appellees,

and

M.A. Harrison, Officer, Badge # 1925, Richmond Police Department, sued in both official and individual capacity; C.L. Martin, Officer, Richmond Police Department, sued in both official and individual capacity; Herman Loney, Captain, Richmond Police Department, sued in both official and individual capacity; Hixson, Officer, Richmond Police Department, sued in both official and individual capacity; Unknown # 2, Officers, Richmond Police Department; Unknown # 3, Trooper George's Supervisor, Virginia State Police, sued in individual capacity; Unknown # 4, Police and Agents, Virginia State Police, sued in individual capacity; Unknown # 5, E.R. Staff, Hospital Staff and Sheriff Deputies, V.C.U. Health Care Systems, sued in both official and individual capacity; C.T. Woody, Sheriff, Richmond City Jail, sued in both official and individual capacity; Kernelle William Burnette, Richmond City Jail, sued in both individual and official capacity; Unknown # 6, Captain of Medical, Richmond City Jail, sued in both individual and official capacity; Unknown # 7, Captain of Jail House Operations, Richmond City Jail, sued in both individual and official capacity; Unknown # 8, Captain of Records Department, Richmond City Jail, sued in both individual and official capacity; Unknown # 9, All Medical Staff, Richmond City Jail, sued in both individual and official capacity; Unknown # 10, All Deputies Working A–2 left and Deputies who worked my hospital stay, Richmond City Jail, sued in both individual and official capacity; Jeffrey Frazier, Superintendent, Northern Neck Regional Jail, sued in individual capacity; Sudduth, Captain, Northern Neck Regional Jail, sued in individual capacity; Unknown # 11, Nursing Staff and Doctors, Northern Neck Regional Jail, sued in individual capacity; Unknown # 12, Correctional Officers, Northern Neck Regional Jail, sued in individual capacity; Hickey, Captain, Northern Neck Regional Jail, sued in individual capacity; Frederick, Ms., Grievance Coordinator, Northern Neck Regional Jail, sued in individual capacity; Unknown # 13, Alcohol, Tobacco and Firearm Agents, sued in individual capacity; Patricia R. Stansberry, Warden, FCC Petersburg, sued in individual capacity; Evans, Captain, FCC Petersburg, sued in individual capacity; Tushar C. Shah, Dr., FCC Petersburg, sued in individual capacity; Benjamin Rice, Dr., FCC Petersburg, sued in individual capacity; Alejandro Hadded, P.A., FCC Petersburg, sued in individual capacity; Yerga, P.A., FCC Petersburg, sued in individual capacity; Pugh, Dr., FCC Petersburg, sued in individual capacity; Engel, Associate Warden, FCC Petersburg, sued in individual capacity; Cuffee, Counselor, FCC Petersburg, sued in individual capacity; Brown, Case Manager, FCC Petersburg, sued in individual capacity; Kiddy, Unit Manag-

er, FCC Petersburg, sued in individual capacity; Nagal, Dr., FCC Petersburg, sued in individual capacity; Douglas L. Wilder, Mayor, sued in both official and individual capacity; Rodney Monroe, Ex–Richmond Police Chief, sued in both official and individual capacity; Drew, Captain, Richmond Police Department, sued in both official and individual capacity, Defendants.

No. 12–6568.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Kirk L. Loney, Appellant Pro Se. Brian Kraig Telfair, Deputy City Attorney, Richmond, Virginia; George Walerian Chabalewski, Office Of The Attorney General Of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk Lee Loney appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Loney v. Sims,* No. 3:08–cv–00820–REP, 2012 WL 617977 (E.D.Va. Feb. 24, 2012 & Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*